UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALVARO R. TOCORA,

    Plaintiff,                        Case No. 0:20-cv-62138-RS

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Jefferson Capital Systems, LLC (Jefferson), through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: January 28, 2021                Respectfully submitted,

                                          */s/ Ashley Wydro*
                                          Ashley Wydro, Esq.
                                          Florida Bar No. 0106605
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          SESSIONS, ISRAEL & SHARTLE, LLC
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone: (813) 440-5327
                                          Facsimile: (877) 334-0661
                                          awydro@sessions.legal
                                          dvanhoose@sessions.legal

*Counsel for Defendant, Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January 2021 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and by U.S. Mail, including pro se plaintiff as described below:

Alvaro R. Tocora
370 NW 76 Avenue, Apt. 207
Margate, FL 33063
Process1985@outlook.com

*/s/ Ashley Wydro*
Attorney